UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00328-MOC

| | |
|---|---|
| **RASHARD DEAN BOYD,** | )<br>) |
| Petitioner, | )<br>) |
| Vs. | )    ORDER OF STAY IN JOHNSON<br>)            PLACEHOLDER CASE<br>) |
| **UNITED STATES OF AMERICA,** | )<br>) |
| Respondent. | ) |

**THIS MATTER** is before the court on petitioner's Motion to Stay Consideration of Motion under 28 U.S.C. § 2255. Having considered petitioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion to Stay Consideration of Motion under 28 U.S.C. § 2255 (#2) is **GRANTED**, and this matter is **STAYED** pending resolution of respondent's Section 2244 Motion for Leave to File a Second or Successive Petition now pending before the Court of Appeals for the Fourth Circuit.

This stay shall dissolve without further Order when counsel for petitioner files either a Motion for Entry of Screening Order or a Notice of Voluntary Dismissal, and such shall be filed promptly after the Fourth Circuit issues its determination.

Signed: June 16, 2016

*Max O. Cogburn Jr.*
United States District Judge