IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00328-MOC

| | |
|---|---|
| RASHARD DEAN BOYD, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. Having considered the respondent's motion and reviewed the pleadings, and noting petitioner does not object to the requested relief, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (#6) is GRANTED, and this matter is HELD in abeyance pending issuance of a decision in United States v. Ali, No. 15-4433, and the government shall have 60 days from issuance of such decision to file its Answer or other response.

Signed: December 22, 2016

Max O. Cogburn Jr
United States District Judge